Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  18−23188−JKS
                              Chapter:  13
                              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan A. Rodriguez
   113 77th Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−9363

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/27/18.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 27, 2018
JAN: zlh

                                                                                        Jeanne Naughton
                                                                                        Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 18-23188-JKS
Juan A. Rodriguez                                                   Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Aug 27, 2018
                              Form ID: 148             Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
```
db             +Juan A. Rodriguez,    113 77th Street,    North Bergen, NJ 07047-5826
517622415      +Bank of America, NA,    Attn: Zucker & Goldberg,    200 Sheffield St.,    Ste. 1010,
                 Mountainside, NJ 07092-2314
517622417      +Green Tree Servicing, LLC,    Attn: Cherl A. Collins,    3000 Bayport Drive,
                 Tampa, FL 33607-8405
517622419      +Hudson County Sheriff,    Writ of Execution Unit,    595 Newark Avenue,
                 Jersey City, NJ 07306-2394
517622420      +KML Law Group,    216 Haddon Avenue,    Ste. 406,    Westmont, NJ 08108-2812
517622421      +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2018 00:07:40     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2018 00:07:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517622418      +EDI: RMSC.COM Aug 28 2018 03:43:00      Green Tree Servicing, LLC,    7360 S. Kyrene Road,
                 Tempe, AZ 85283-8432
517624256      +EDI: RMSC.COM Aug 28 2018 03:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517622416     ##+Einstei & Associates,    20 Vessey Street,    Ste. 1406,    New York, NY 10007-4217
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
```
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```